UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY SWANSON,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>                                                  Plaintiff,<br><br>v.<br><br>MANHATTAN BEER DISTRIBUTORS, LLC AND SIMON BERGSON,<br><br>                                                  Defendants. | Case No. 15 Civ. 5383 (ENV) (TAM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ethan D. Roman, Esq. of Wittels McInturff Palikovic hereby appears on behalf of Plaintiff Larry Swanson in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that he is a member of the bar of this Court.

Dated: New York, New York
          December 19, 2023

**WITTELS MCINTURFF PALIKOVIC**

By: /s/ Ethan D. Roman
Ethan D. Roman
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
edr@wittelslaw.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via ECF this 19th day of December 2023 upon all counsel of record.

/s/ Ethan D. Roman
Ethan D. Roman