

Attorneys at Law

Adriana S. Kosovych
t 212.351.4527
akosovych@ebglaw.com

April 12, 2024

VIA ECF
The Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: *Swanson v. Manhattan Beer Distributors LLC et al.*,
No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

We write on behalf of Defendants Manhattan Beer Distributors LLC ("Manhattan Beer") and Simon Bergson (collectively, the "Defendants"), jointly with counsel for Plaintiff Larry Swanson ("Plaintiff"), to request an additional two (2) business days (*i.e.*, through April 16, 2024) to submit a joint status report, as directed in the Court's Minute Entry and Order dated February 13, 2024. The parties make this request to provide sufficient time for each of them to consider their respective positions and finalize a joint letter for submission to the Court.

This is the first request for this extension, and it does not affect any other scheduled deadlines.

Respectfully Submitted,

/s/ *Adriana S. Kosovych*
Adriana S. Kosovych

cc: All Counsel of Record (via ECF)