UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY SWANSON,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON,<br><br>            Defendants. | Case No. 15 Civ. 5383 (ENV) (TAM) |

**PLAINTIFF'S PROPOSED DISCOVERY SCHEDULE**

1. Motions to compel on Plaintiff's overtime claim:  May 31, 2024
    a. Plaintiff to circulate initial draft by May 15, 2024
    b. Each party to circulate a responsive draft within 3 business days of receiving a draft from the opposing party

2. Motions to compel on Plaintiff's deductions claim:  May 31, 2024
    a. Plaintiff to circulate initial draft by May 15, 2024
    b. Each party to circulate a responsive draft within 3 business days of receiving a draft from the opposing party

3. Parties to substantially complete document discovery not subject to Plaintiff's motion to compel:  June 14, 2024

4. Parties to substantially complete document discovery subject to resolution of Plaintiff's motions to compel:  July 19, 2024

5. Fact depositions to be completed:  August 30, 2024

6. Initial Expert Reports to be served:  September 13, 2024

7. Rebuttal Expert Reports to be served:  September 27, 2024

8. Expert depositions to be completed:  October 11, 2024

9. Motion for Class Certification (on both claims): November 1, 2024
    a. Opposition Due: December 2, 2024
    b. Reply Due: December 20, 2024

10. The above schedule may be modified by application to the Court