**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LARRY SWANSON,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>                        Plaintiff,<br><br>          v.<br><br>MANHATTAN BEER DISTRIBUTORS,<br>LLC and SIMON BERGSON,<br><br>                       Defendants. | Case No. 15 Civ. 5383 (ENV) (TAM) |

## DEFENDANTS' PROPOSED DISCOVERY SCHEDULE

1.  Parties to complete discovery:  July 19, 2024

2.  Plaintiff's deposition to be completed:  June 17, 2024

3.  Rule 30(b)(6) deposition regarding Plaintiff's New York Labor Law ("NYLL") overtime pay claim:  June 28, 2024

4.  Pre-motion conference letter relating to Defendants' anticipated motion for summary judgment on Plaintiff's NYLL overtime pay claim:  by July 31, 2024

5.  Deadlines for Expert Discovery to be determined after the Court's ruling on Defendants' anticipated summary judgment motion

6.  Motion for Class Certification:
    a.  If limited to the claim for shortages, by November 1, 2024
        i.  Opposition Due: December 2, 2024
        ii.  Reply Due: December 20, 2024
    b.  If addressing both claims of shortages *and* NYLL overtime pay, within thirty (30) days of Court's ruling on Defendants' anticipated motion for summary judgment on Plaintiff's NYLL overtime pay claim.
        i.  Opposition Due: thirty (30) days following Plaintiff's filing of Motion for Class Certification
        ii.  Reply Due: twenty (20) days following opposition.