

August 18, 2025

**Via ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Swanson et al. v. Manhattan Beer Distributors, LLC et al.*, No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

The parties write jointly pursuant to Local Civil Rule 7.1(d) to request that the Court extend the stay in this action for an additional 60 days, to October 17, 2025. The stay is currently set to expire on August 18, 2025.

The reason for this request is that the parties, after numerous negotiations and with the assistance of the mediator previously used in this action, have reached agreement on virtually all terms for the parties' anticipated final Class Action Settlement Agreement ("Agreement"), and are in the process of finalizing and signing the Agreement. The parties are requesting an additional 60 days to provide enough time to complete the notice plan and adequately address the forthcoming motion for preliminary approval of the Agreement.

For these reasons, the parties respectfully request a 60-day extension of the stay and deadline to file a motion for preliminary class settlement approval, to October 17, 2025. This is the fifth request to extend the stay the Court originally entered on September 20, 2024. Having resolved almost all disputes, the parties do not anticipate seeking any further extensions of the stay.

Thank you for your consideration of this matter.

                                                         Respectfully submitted,

                                                         /s/ Steven L. Wittels
                                                            Steven L. Wittels

cc:   All Counsel of Record (via ECF)