

October 17, 2025

**Via ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Swanson et al. v. Manhattan Beer Distributors, LLC et al.*, No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

The parties write jointly pursuant to Local Civil Rule 7.1(d) to request that the Court extend the stay in this action for an additional four weeks, to November 14, 2025. The stay is currently set to expire on October 17, 2025.

The parties are pleased to report that they have reached agreement on all material settlement terms. The reason for this request is that the parties are in the process of finalizing the Class Action Settlement Agreement ("Agreement") and engaging a settlement administrator. This extension will provide necessary time for the parties to complete this process, as well as finalize the development and drafting of the motion for preliminary approval of the Agreement, including the notice plan.

The parties therefore respectfully request a four-week extension of the stay and deadline to file a motion for preliminary class settlement approval, to November 14, 2025. This is the sixth request to extend the stay the Court originally entered on September 20, 2024. The parties expect that this will be the last request needed before Plaintiff files the motion for preliminary approval of the Agreement.

Thank you for your consideration of this matter.

                                               Respectfully submitted,

                                               /s/ Steven L. Wittels
                                                  Steven L. Wittels

cc:   All Counsel of Record (via ECF)