## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

LARRY SWANSON,
Individually and on Behalf of All Others
Similarly Situated,

                                          Plaintiff,

                   v.

MANHATTAN BEER DISTRIBUTORS,
LLC AND SIMON BERGSON,

                                   Defendants.

Case No. 15 Civ. 5383 (ENV) (RLM)

## PLAINTIFFS' NOTICE OF MOTION FOR
## PRELIMINARY APPROVAL OF THE CLASS ACTION
## SETTLEMENT AND RELATED RELIEF

**PLEASE TAKE NOTICE THAT** upon the parties' Class Action Settlement Agreement ("Settlement Agreement"), annexed as Exhibit A to the Declaration of Steven L. Wittels, Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement and Related Relief, the accompanying Memorandum of Law, and all other papers and proceedings herein, Plaintiff Larry Swanson ("Plaintiff") hereby moves this Court under Federal Rule of Civil Procedure 23 and Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order:

(1) granting preliminary approval of the settlement embodied in the Settlement Agreement;

(2) preliminarily certifying the proposed Class;

(3) approving the parties' proposed Notice of Proposed Class Action Settlement and Final Hearing and directing its execution;

(4) appointing Wittels McInturff Palikovic as Class Counsel;

(5)    scheduling the Final Approval Hearing; and

(6)    granting such other relief as the Court deems just and proper.

Dated: November 14, 2025
    New York, New York

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:  /s/ Steven L. Wittels          
        Steven L. Wittels
        Tiasha Palikovic
        Ethan D. Roman
        **WITTELS MCINTURFF PALIKOVIC**
        305 BROADWAY, 7TH FLOOR
        NEW YORK, NEW YORK 10007
        Telephone: (914) 775-8862
        slw@wittelslaw.com
        tpalikovic@wittelslaw.com
        edr@wittelslaw.com

        *Counsel for Plaintiff and the Class*