# Exhibit C

**Sender Email: [**EMAIL ADDRESS**]**

**Sender Name:** Settlement Administrator

**Subject Line**: Notice of Class Action Settlement Payment from Manhattan Beer

---

# IF YOU WERE A MANHATTAN BEER DRIVER OR HELPER BETWEEN SEPTEMBER 18, 2009 AND [PRELIMINARY APPROVAL DATE], YOU MAY BE ELIGIBLE FOR A PAYMENT FROM A CLASS ACTION SETTLEMENT.

# A CHECK WILL BE MAILED TO YOU IF THE SETTLEMENT IS APPROVED AND YOU ARE ELIGIBLE UNDER THE AGREEMENT. YOU DO NOT NEED TO DO ANYTHING TO GET A PAYMENT.

This is a Court-approved Legal Notice. This is not an advertisement. You are not being sued.

A settlement has been reached in a proposed class action entitled *Swanson v. Manhattan Beer Distributors LLC et al.*, Case No. 1:15-cv-05383-ENV (the "Settlement"). The case alleges that Manhattan Beer Distributors, LLC ("Manhattan Beer") made certain improper deductions from drivers' wages and did not properly pay overtime for lunch breaks in violation of applicable law. Manhattan Beer denies these allegations and any wrongdoing, and contends that it paid all of its employees correctly and in compliance with federal, state, and local and maintains that its conduct was at all times lawful.

**Who is included?** Manhattan Beer's records show that you are likely included. You are included if you were a Manhattan Beer driver or helper who was employed between September 18, 2009 and [PRELIMINARY APPROVAL DATE] (the "Class" or "Class Members").

**What can I get?** Plaintiff's lawyers estimate that you could receive approximately $[XXX], minus applicable withholdings, if the Court approves the Settlement as proposed. This amount is an estimate. Your payment amount may be different. The payment amount will depend on a number of factors including, among other things, when and how long you were employed by Manhattan Beer as a driver and/or helper, and whether the full Settlement terms are approved.

**How do I get my Settlement payment?** You don't have to do anything to get your settlement payment. If the Court approves the Settlement and you do not exclude yourself, you will be mailed a settlement check.

**What does the Settlement provide?** Under the terms of the Settlement, Manhattan Beer will pay $1,000,000 to establish a Settlement Fund.

The attached file contains more information about the Settlement.

**Do I have a lawyer in the case?** If you are receiving this e-mail, Manhattan Beer's records show that you are likely included in the Class and therefore have a lawyer in this case. The Court has appointed the law firm of Wittels McInturff Palikovic as "Class Counsel" to represent the Class Members in this case. You do not have to pay Class Counsel or anyone else to participate. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Your other options**. If you are included in the Settlement and do nothing, your rights will be affected. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by [BAR DATE]. Unless you exclude yourself, you won't be able to sue or continue to sue Manhattan Beer for any claim made in this lawsuit or released by the Settlement. If you exclude yourself, you won't receive a Settlement payment. If you stay in the Settlement (*i.e.*, don't exclude yourself), you may object to it or ask for permission for you or your lawyer to appear and speak at the Final Approval Hearing – at your own cost – but you don't have to. Objections and requests to appear are due by [DATE], 2025.

**When will the judge consider the proposed Settlement?** The Court will hold the Final Approval Hearing at [TIME] on [DATE], 2026 in Courtroom [NUMBER] (XX<sup>th</sup> Floor) of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201. At the Final Approval Hearing, the Court will consider whether the Settlement and its terms are fair, reasonable, and adequate.

This Notice is only a summary. The attached file contains more information about the Settlement, including contact information for the Settlement Administrator whom you may contact with any questions regarding the Settlement.

**Notice ID: [Notice ID number]**