# Exhibit E

**Manhattan Beer Settlement Administrator**
**PO Box 1015**
**Port Washington, NY 11050**

## Class Action Settlement Notice to current and former employees of Manhattan Beer Distributors LLC

**JANE DOE**
**5555 MAIN ST**
**BROOKLYN, NY 11210**

**If you worked as a driver or helper, you could get a payment from a class action settlement.**