# Exhibit F

# WITTELS MCINTURFF PALIKOVIC
## ATTORNEYS AT LAW

# FIRM RESUME
# 2025

# FIRM PROFILE

Wittels McInturff Palikovic is driven by a strong sense of social responsibility. The Firm is committed to achieving justice for consumers, employees, patients, and small companies, protecting consumers from unscrupulous and underhanded business practices, ensuring that employees are treated with dignity and properly paid for their hard work, promoting honesty in the marketplace, and remedying civil rights violations. Wittels McInturff Palikovic possesses the experience, resources, investigative talent, and administrative support to take on some of the most complex cases. The Firm takes great pride in its innovative approach to the practice of law and its leadership role in cases resulting in landmark decisions and precedent-setting rulings.

Steven Wittels and the lawyers of Wittels McInturff Palikovic[1] have successfully litigated dozens of complex class actions in federal and state court, and have also represented individuals in discrimination, wage and hour, and whistleblower cases. Some of these notable settlements and verdicts include:

- *$253 Million Verdict in Novartis Gender Class Action Trial Verdict*: Steven Wittels was lead trial counsel in the largest gender discrimination case ever tried to a jury. Both the public and the media lauded this result as a milestone in advancing women's rights both nationally and globally, with a $253,000,000 verdict in the Southern District of New York on behalf of 5,600 female employees.

- *Novartis Wage and Hour Class Action Settlement*: Lawyers of Wittels McInturff Palikovic obtained a $99,000,000 settlement for pharmaceutical representatives denied overtime pay. The settlement was approved by Judge Crotty of the Southern District of New York.

- *Noom Autorenewal Class Action Settlement*: Wittels McInturff Palikovic secured a $62,000,000 settlement on behalf of approximately 2 million Noom customers in what

---

[1] Prior to founding Wittels McInturff Palikovic in 2013, Steven Wittels was a founding partner at the firm of Sanford Wittels & Heisler, LLP. References in this resume to Steven Wittels and the "lawyers of Wittels McInturff Palikovic" include instances involving Mr. Wittels when he was at Sanford Wittels & Heisler.

is the nation's largest private autorenewal settlement to date. The settlement was approved by Judge Katharine A. Parker of the Southern District of New York.

- *IDT Energy Class Action*: Wittels McInturff Palikovic obtained a $54,600,000 settlement for residential and small commercial gas and electric customers who were overcharged in connection with IDT's deceptive marketing and sales practices and breach of contract. The settlement was approved by Judge Vitaliano of the Eastern District of New York.

- *Ocwen Loan Servicing "Check Solicitation" Class Action*: Wittels McInturff Palikovic obtained a $39,800,000 settlement for consumers who were unwittingly enrolled in expensive monthly home warranty and service plans via a deceptive check solicitation. The settlement was approved by Judge Garaufis of the Eastern District of New York.

- *Ambit Energy "Guaranteed Savings Plan" Class Action*: Wittels McInturff Palikovic obtained a $29,750,000 settlement for Guaranteed Savings Plan customers rolled onto more expensive variable rate plans. The settlement was approved in the Kings County Commercial Division.

- *AT&T Overtime Class Action*: The lawyers of Wittels McInturff Palikovic obtained a $27,000,000 nationwide, multi-jurisdiction settlement for AT&T employees who were misclassified as exempt from overtime.

- *G.E. Capital Late Fee Class Action*: Settlement approved by Justice Gammerman of the New York Supreme Court obtaining benefits of $19,200,000 million for consumers who leased vehicles from G.E. Capital and were overcharged on late fees.

- *Viridian Energy Class Action*: Wittels McInturff Palikovic secured an $18,500,000 settlement for gas and electric consumers who were overcharged on Viridian's variable rate energy plan. The settlement was approved by Judge Underhill of the District of Connecticut.

- *Vioxx Products Liability Class Action*: The lawyers of Wittels McInturff Palikovic served as counsel in over 200 Vioxx cases against the drug manufacturer Merck. The Vioxx class action settled for approximately $5 billion.

- *Sanofi-Aventis Gender Discrimination Class Action*: The lawyers of Wittels McInturff Palikovic represented nearly 6,000 female sales employees in their gender discrimination claims. Judge Koeltl of the Southern District of New York approved the $15,000,000 settlement on behalf of the class.

- *Citicorp Vendor Finance Class Action*: Judge Harris of the Superior Court of Bergen County approved a settlement obtained by Wittels McInturff Palikovic lawyers that

provided benefits totaling $14,200,000 million for lessees who were subjected to unfair business practices.

- *C&S Wholesale Grocers Wage & Hour Class Action*: A nationwide overtime suit which lawyers of Wittels McInturff Palikovic settled for $14,000,000 on behalf of 12,000 C&S employees who were denied their fair wages. The settlement was approved by Judge Karas of the Southern District of New York.

- *Preferred Home Care of New York Wage & Hour Class Action*: Wittels McInturff Palikovic secured a $12,500,000 settlement on behalf of 20,000 home care workers. The settlement was approved by Magistrate Judge Bloom of the Eastern District of New York.

- *First Union Auto Finance Consumer Fraud Litigation*: Presiding Judge Sybil R. Moses of the Superior Court of Bergen County approved a $4,500,000 settlement for automobile lessees who had been double-billed for lease payments.

- *New York Health Care Inc. Class Action*: Wittels McInturff Palikovic secured a $4,800,000 settlement on behalf of home care workers denied overtime and other wages. The class action settlement was approved by District Judge Woods of the Southern District of New York.

- *Marlin Leasing Corp. Undisclosed Fees Class Action*: The Superior Court of Burlington County approved a $2,100,000 class-wide settlement to equipment lessees charged excessive late fee payments in violation of the New Jersey Consumer Fraud Act.

- *Washington Mutual Bank Interest Fee Class Action*: Judge Karas of the Southern District of New York approved a $2,000,000 class action settlement on behalf of homeowners who were wrongfully assessed additional per diem interest when they paid off or refinanced their mortgages.

- *Wachovia Bank and First National Bank of Atlanta Credit Card Litigation*: After the New York Appellate Division Second Department held that it is improper for a defendant to try to buy off the individual lead plaintiff in a class action, the lawyers of Wittels McInturff Palikovic entered into a multi-million dollar settlement on behalf of credit card customers nationwide who were charged late fees on payments that were not overdue in violation of consumer fraud statutes.

- *Good Care Agency Home Care Class Action*: Wittels McInturff Palikovic secured a $1,500,000 settlement on behalf of home care workers denied overtime and other wages. The class action settlement was approved by Magistrate Judge Pollak of the Eastern District of New York.

# ATTORNEYS

## STEVEN L. WITTELS, FOUNDING PARTNER

Steven L. Wittels graduated from Berkeley Law School (The University of California – Boalt Hall) in 1984 with Highest Honors on his class action thesis.

A practicing trial lawyer for over 30 years, Mr. Wittels has achieved remarkable success in complex, multi-party cases and class actions. The *Wall Street Journal* has called Mr. Wittels' work "Game Changing," and his successes have been repeatedly recognized by *The New York Times*, *The New York Law Journal*, and the *American Lawyer*.

Mr. Wittels is known for his aggressive and innovative litigation strategies and has produced outstanding results for both individuals and class members. Courts have designated Mr. Wittels Lead Counsel in more than 20 class actions. He has also developed a solid track record through his role as a zealous class and individual advocate, and as New York counsel to The Toro Company, a Fortune 500 company.

After graduating from Berkeley Law, Mr. Wittels joined the New York office of Milberg, LLP, then the nation's foremost class action law firm. At Milberg, Mr. Wittels litigated numerous complex class actions on behalf of plaintiffs, including a $75 million consumer fraud class action against International Gold Bullion Exchange, a Florida-based corporation that defrauded and misled tens of thousands of investors nationwide in a complex pyramid scheme. He also spearheaded a claim for more than $100 million in damages arising from widespread fraud and securities violations against Fortune Computer Systems. Additionally, Mr. Wittels prosecuted a $150 million claim under international treaties against Reffet, a consortium of insurance companies that perpetrated a multi-tiered subterfuge on U.S. companies.

After leaving Milberg, Mr. Wittels achieved great success in class actions and other complex litigations. Since founding his own law firm in 1997, Mr. Wittels has secured more than $500 million in benefits to consumers and employees. As testament to his experience as a trial lawyer, Mr. Wittels has tried more than 30 cases, representing both plaintiffs and defendants.

Mr. Wittels is a member of the New Jersey Bar and the New York Bar, as well as the Federal Courts for the District of New Jersey, the Southern and Eastern Districts of New York, the Northern District of California, the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. Supreme Court. He is a member of the American Association for Justice and the National Association of Consumer Advocates.

## TIASHA PALIKOVIC, SHAREHOLDER AND PARTNER

Tiasha Palikovic is a Shareholder and Partner at Wittels McInturff Palikovic. She has in-depth experience with all aspects of complex litigation at the trial and appellate level, including pleadings, discovery, dispositive motions, trials, and settlement. She has represented clients in a broad range of complex civil litigation matters in state and federal courts, including disputes involving intellectual property, securities, contract, and consumer fraud claims. Ms. Palikovic also has substantial experience representing pro bono clients in immigration proceedings.

Ms. Palikovic is a graduate of the University of California at Berkeley and the London School of Economics, and she received her law degree from New York University School of Law in 2007. During law school Ms. Palikovic was a Dean's Scholar, an NYU International Law and Human Rights Fellow, and Notes Editor of the NYU Journal of Law & Business. Prior to joining Wittels McInturff Palikovic, she worked as an associate in the New York office of Mayer Brown, LLP, as outside counsel for the Sierra Club, and as a law clerk at the International Criminal Tribunal for the Former Yugoslavia.

Ms. Palikovic is admitted to the New York Bar and the Federal Courts for the Southern and Eastern Districts of New York, and the U.S. Courts of Appeals for the Second and Ninth Circuits. Ms. Palikovic is fluent in Croatian/Serbian/Bosnian and speaks French and Italian.

# J. BURKETT MCINTURFF, SHAREHOLDER AND PARTNER

J. Burkett McInturff is a Shareholder and Partner at Wittels McInturff Palikovic, where he devotes his practice to advocating for consumers and employees who have been harmed by unfair business practices and represents individuals in class and collective actions involving consumer protection and wage and hour claims. Mr. McInturff also represents individuals in whistleblower cases and employment matters.

Mr. McInturff has extensive experience managing complex, multi-party litigation from the initial investigation to pleadings, discovery, class certification, dispositive motions, and settlement. He regularly appears before federal and state courts and has successfully resolved numerous matters for the Firm's clients.

Mr. McInturff graduated from New York University School of Law in 2010. During law school, he worked as a legal intern at the United States Attorney's Office for the Eastern District of New York and the Commodity Futures Trading Commission. He was also a Dean's Scholar and Editor of the NYU Law Journal of Law & Business. Mr. McInturff began his legal career in the New York offices of Troutman Sanders, LLP.

Mr. McInturff is admitted to the New York Bar as well as the Federal Courts of the Southern and Eastern Districts of New York and the U.S. Courts of Appeals for the Second and Third Circuits. He is a member of the American Association for Justice, the American Bar Association, and the New York City Bar Association. Mr. McInturff is a third-generation public interest lawyer and is fluent in Spanish.

# ETHAN D. ROMAN, COUNSEL

Ethan D. Roman is a Counsel at Wittels McInturff Palikovic. His practice focuses on complex consumer and employment class action litigation, and he regularly appears before federal and state courts. He leads discovery efforts in the firm's complex consumer and employment class action litigations.

Mr. Roman graduated cum laude from Cornell Law School in 2014, where he was an Editor of the Cornell Law Review. Prior to attending law school, Mr. Roman served four years in the United States Marine Corps, including a tour of duty in Iraq.

Prior to joining Wittels McInturff Palikovic, Mr. Roman practiced civil litigation and white-collar defense for approximately six years at two large, well-respected law firms in New York City. He also had a robust *pro bono* practice, which included securing a verdict and punitive damages in a federal jury trial pursuing civil rights claims on behalf of an incarcerated individual.

Mr. Roman is admitted to the New York Bar, as well as the Federal Courts of the Southern and Eastern Districts of New York and the District of Colorado, the U.S. Court of Appeals for the Second Circuit, and the U.S. Court of Appeals for Veterans Claims.

# DANIEL J. BRENNER, SENIOR ASSOCIATE

Daniel J. Brenner is a Senior Associate at the Firm. His work focuses on complex consumer and employment class action litigation matters.

Mr. Brenner is a graduate of Cornell University and received his law degree from Stanford Law School in 2019. During law school, he was an Articles Editor for the Stanford Law Review, the President of the Stanford Animal Legal Defense Fund, and the Judicial Chair for the American Constitution Society.

Prior to joining the Firm, Mr. Brenner was an Associate at Wachtell, Lipton, Rosen & Katz. During that time, Mr. Brenner focused on complex civil litigation and also represented immigration clients and published works regarding governmental relief programs offered in connection with the Covid pandemic. Mr. Brenner also served as a Judicial Law Clerk at the U.S. District Court for the Southern District of New York.

Mr. Brenner is admitted to bars of New York and Colorado, as well as the Federal Courts of the Southern District of New York and the District of Colorado.

## S<small>HARON</small> S<small>AMUEL</small> O<small>URIEN</small>, F<small>ORMER</small> S<small>ENIOR</small> A<small>SSOCIATE</small>

Sharon Samuel Ourien was a Senior Associate at Wittels McInturff Palikovic. Her practice focused on complex employment and consumer class action litigation and individual employment discrimination matters.

Ms. Ourien is a graduate of Barnard College and received her law degree from New York University School of Law in 2015. During law school, she served as Notes Editor of the NYU Law Journal of Legislation and Public Policy and was an International and Comparative Business Law Exchange Student at Bucerius Law School in Hamburg, Germany. As a law student Ms. Ourien worked to combat forced eviction of women in Kampala, Uganda as a legal intern at International Justice Mission and represented children in parental neglect cases as a legal intern at Lawyers for Children in New York. As Co-President of NYU Law's Anti-Trafficking Advocacy Coalition Ms. Ourien also worked with Covenant House New York to identify underage victims of human trafficking, and with Girls Educational & Mentoring Services (GEMS) to help rehabilitate and empower victims of domestic sex trafficking.

Prior to joining Wittels McInturff Palikovic, Ms. Ourien was the 2015-2016 Masiyiwa-Bernstein fellow at Human Rights First, where she spearheaded the organization's research efforts aimed at combatting impunity for sex and labor trafficking and worked with sex trafficking survivors to produce advocacy materials and critique proposed federal legislation addressing statutory gaps.

Ms. Ourien is admitted to the New York Bar as well as the Federal Courts of the Southern and Eastern Districts of New York and is a member of the American Bar Association.

# RUSSELL BUSCH, FORMER ASSOCIATE

Russell Busch was an Associate at Wittels McInturff Palikovic. His work focused on complex employment and consumer class action litigation.

Mr. Busch is a graduate of the University of Illinois at Urbana-Champaign and received his law degree from University of Michigan Law School in 2018. As a law student, he worked for the Michigan State Appellate Defender Office and the Freedom From Religion Foundation. Mr. Busch was also a student attorney for the International Refugee Assistance Program and the Pediatric Advocacy Clinic at Michigan Law. In addition, Mr. Busch was a contributing author to the Michigan Guidelines on Refugee Freedom of Movement, which are used by immigration judges around the world to ensure the sound application of international refugee law.

Mr. Busch is admitted to the Illinois Bar and is a member of the American Bar Association.