UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LARRY SWANSON, Individually and on behalf of all others similarly situated,

                Plaintiff,

     - against -

MANHATTAN BEER DISTRIBUTORS, LLC, and SIMON BERGSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 15-cv-5383 ENV-RLM

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey H. Ruzal of Epstein Becker & Green, P.C. hereby enters an appearance as counsel for Defendants Manhattan Beer Distributors LLC and Simon Bergson in the above action.  Please serve all papers related to this action on the undersigned.

Dated:  New York, New York
         December 4, 2025

                                 EPSTEIN BECKER & GREEN, P.C.

                                 By: /s/ Jeffrey H. Ruzal
                                    Jeffrey H. Ruzal

                                 875 Third Avenue
                                 New York, New York 10022
                                 Tel: (212) 351-4500
                                 Fax: (212) 878-8600
                                 Jruzal@ebglaw.com

                                 *Attorneys for Defendants*