UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LARRY SWANSON, Individually and on behalf of all others similarly situated, | : : : : : : : : : : : : : : | Civil Action No.: 15-cv-5383 ENV-TAM |
| Plaintiff, | | |
| - against - | | **NOTICE OF APPEARANCE** |
| MANHATTAN BEER DISTRIBUTORS, LLC, and SIMON BERGSON, | | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Christopher Coyne of Epstein Becker & Green, P.C. hereby enters an appearance as counsel for Defendants Manhattan Beer Distributors LLC and Simon Bergson in the above action. Please serve all papers related to this action on the undersigned.

Dated: New York, New York
       December 4, 2025

                                                                     EPSTEIN BECKER & GREEN, P.C.

                                                                     By: /s/ Christopher Coyne
                                                                               Christopher Coyne

875 Third Avenue
New York, New York 10022
Tel: (212) 351-4500
Fax: (212) 878-8600
Ccoyne@ebglaw.com

*Attorneys for Defendants*