UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| LARRY SWANSON, individually and on behalf of all others similarly situated, | : : : | Civil Action No.: 15-cv-5383 ENV-TAM |
| Plaintiff, | : : : | |
| - against - | : : : | |
| MANHATTAN BEER DISTRIBUTORS, LLC and SIMON BERGSON, | : : : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF <u>ADRIANA S. KOSOVYCH FOR DEFENDANTS</u>

Pursuant to Local Civil Rule 1.4, Defendants Manhattan Beer Distributors, LLC and Simon Bergson ("Defendants") respectfully request leave to terminate the appearance of Adriana S. Kosovych on their behalf as counsel of record in the above-captioned matter. Defendants state the following in support:

1.    Ms. Kosovych is a member of this bar and is identified on the docket for the above-captioned case as counsel to be noticed.

2.    Jeffrey H. Ruzal, fellow counsel of record for Defendants, entered an appearance to take over Ms. Kosovych's role in this matter.

3.    Epstein Becker & Green, P.C., has represented Defendants throughout the pendency of this action and will continue to do so. Therefore, the termination of Ms. Kosovych's appearance will have no bearing on the posture of this case.

For the foregoing reasons, Defendants respectfully request that this Court grant them leave to terminate Ms. Kosovych's appearance as counsel.

Dated: New York, New York
       December 4, 2025

                          EPSTEIN BECKER & GREEN, P.C.

                          By:    /s/Allen B. Roberts
                                  Allen B. Roberts
                          875 Third Avenue
                          New York, New York  10022
                          (212) 351-4500
                          aroberts@ebglaw.com
                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record on December 4, 2025.

>EPSTEIN BECKER & GREEN, P.C.
>
>By:   /s/Allen B. Roberts
>        Allen B. Roberts
>875 Third Avenue
>New York, New York  10022
>(212) 351-4500
>aroberts@ebglaw.com
>*Attorneys for Defendants*