

December 5, 2025

<u>Via ECF</u>
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Swanson et al. v. Manhattan Beer Distributors, LLC et al.*, No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

On behalf of Plaintiff and the proposed Class, we write with Defendants' consent to respectfully request that Your Honor adjourn the January 14, 2026 hearing for preliminary approval of the class action settlement in this matter to one of the following dates at a time convenient for the court: January 20 or 30, or February 2.

The reason for this request is that Plaintiff's counsel has a pre-existing conflict with the January 14 date which we have been able to unable to change. As noted above, we have conferred with Defendants' counsel, and they are available on any of the proposed dates.

Thank you for your consideration of this matter.

                                                                                     Respectfully submitted,

                                                                                     /s/ Steven L. Wittels
                                                                                       Steven L. Wittels

cc:   All Counsel of Record (via ECF)