

January 29, 2026

**Via ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Swanson et al. v. Manhattan Beer Distributors, LLC et al.*, No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

I write to request the Court's permission to attend the upcoming hearing for preliminary approval of the parties' class action settlement, set for February 2, 2026 at 10 am in Courtroom 13D South (*see* Dec. 8, 2025 Order), telephonically, and that the Court provide a dial-in for that purpose.

The reason for this request is that I will be in Florida on the day of the hearing, but I have had extensive involvement throughout this case's nearly 10-year pendency and may be able to help answer any question Your Honor has regarding the proposed settlement. In addition, Steven Wittels and Ethan Roman intend to attend the hearing in person on behalf of Plaintiff and the Class, so there will be representatives physically present in the Courtroom.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Tiasha Palikovic
Tiasha Palikovic

cc:   All Counsel of Record (via ECF)