

February 6, 2026

<u>Via ECF</u>
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Swanson et al. v. Manhattan Beer Distributors, LLC et al.*, No. 15 Civ. 5383-ENV-TAM

Dear Judge Merkl:

Pursuant to the Court's February 2, 2026 Minute Entry and Order and the issues discussed at the preliminary settlement approval hearing that same day, the parties hereby submit a revised Long Form Notice addressing the Court's comments at the hearing. **Exhibit 1** to this letter is a clean version of the revised Long Form Notice, and **Exhibit 2** is the revised notice redlined against the version submitted in connection with Plaintiff's preliminary approval motion (ECF No. 181-4).

Thank you for your consideration of this matter.

                                                Respectfully submitted,

                                                /s/ Ethan D. Roman
                                                      Ethan D. Roman

cc:   All Counsel of Record (via ECF)