**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

LARRY SWANSON,
Individually and on Behalf of All Others
Similarly Situated,

         Plaintiff,

    v.

MANHATTAN BEER DISTRIBUTORS,
LLC AND SIMON BERGSON,

         Defendants.

Case No. 15 Civ. 5383 (ENV) (TAM)

---

**PLAINTIFFS' NOTICE OF MOTION FOR**
**FINAL APPROVAL OF THE CLASS ACTION**
**SETTLEMENT AND RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** upon the parties' Class Action Settlement Agreement

(the "Settlement Agreement," ECF No. 181-1); the Declaration of Steven L. Wittels in Support of

Plaintiffs' Motion for Final Approval of the Class Action Settlement and Related Relief dated July

10, 2026 (the "Wittels Declaration") and the exhibits thereto; the accompanying Memorandum of

Law dated July 10, 2026; and all other papers and proceedings herein, Plaintiff Larry Swanson

hereby moves this Court under Federal Rule of Civil Procedure 23 and Rule 7.1 of the Local Civil

Rules for the United States District Courts for the Southern and Eastern Districts of New York for

an Order:

(1)  granting final certification to the Class under Federal Rule of Civil Procedure 23 for
purposes of judgment on the parties' settlement proposal;

(2)  granting final approval of all terms applicable to the Class set forth in the Settlement
Agreement;

(3)     finding that the Court-authorized Notice was the best notice practicable under the circumstances;

(4)     approving the Service Award to Plaintiff Larry Swanson as set forth in the Settlement Agreement;

(5)     awarding Class Counsel attorneys' fees and reimbursement of litigation expenses;

(6)     approving the parties' proposed final settlement procedure;

(7)     incorporating all terms of the Settlement Agreement, including the release; and

(8)     dismissing this action with prejudice and entering final judgment.

Dated: July 10, 2026
New York, New York

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:  /s/ Steven L. Wittels
      Steven L. Wittels
      Tiasha Palikovic
      Ethan D. Roman
      **WITTELS MCINTURFF PALIKOVIC**
      305 BROADWAY, 7TH FLOOR
      NEW YORK, NEW YORK 10007
      Telephone: (914) 775-8862
      slw@wittelslaw.com
      tpalikovic@wittelslaw.com
      edr@wittelslaw.com

      *Class Counsel for Plaintiff and the Class*